UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 17-2177 (EGS) ) ) |
| UNITED STATES DEPARTMENT OF STATE, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Joshua Kolsky as counsel for Defendant in the above captioned case substituting for Assistant United States Attorney Alexander Shoaibi.

Respectfully submitted,

/s/   Joshua Kolsky
JOSHUA KOLSKY, D.C. BAR # 993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599
joshua.kolsky@usdoj.gov