UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, <br><br> ZACK KOPPLIN, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 17-2177 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's July 10, 2018, Minute Order, the parties provide the following report on the status of the case.

Defendant regrets that it did not previously report the page counts for its prior productions. Defendant, represented by new counsel, reports that it has made the following productions:

By letter dated April 24, 2018, Defendant reported to Plaintiff that it was releasing 86 pages from five spreadsheets in response to request number F-2017-12367. Defendant explained that the spreadsheets ranged in size from 1,728 to 46,896 pages and that it was releasing the first several pages of each document because the headers are the only releasable content and the headers repeat in the same manner across the subsequent pages of each spreadsheet.

By letter dated May 29, 2018, Defendant reported to Plaintiff that it was releasing 50 documents in part and withholding one document in full in response to request number F-2017-11607. Defendant had processed 146 pages of records for that release.

By letter dated June 27, 2018, Defendant reported to Plaintiff that it was releasing two documents in full and 83 in part, and it was withholding 18 in full in response to request number F-2017-11607. Defendant had processed 442 pages of records for that release.

By letter dated July 26, 2018, Defendant reported to Plaintiff that it was releasing 11 documents in part in response to request number F-2017-08682. Defendant had processed 26 pages of records for that release. Defendant also processed 293 pages of additional records but could not release them on July 26 due to technical difficulties. Defendant will release the non-exempt portions of those additional records on July 27, 2018. After that, Defendant will continue to release non-exempt portions of records every month on a rolling basis with the next production to occur on August 27, 2018.

The parties further report that Plaintiff has made a proposal to narrow the remaining records to be reviewed and Defendant has accepted the proposal. As a result, the following numbers of potentially responsive documents remain to be processed in the requests:

- F-2016-11607: 1,786 potentially responsive documents
- F-2016-17112: 508 potentially responsive documents
- F-2017-00853: 2 potentially responsive documents
- F-2017-08682: 76 potentially responsive documents
- F-2017-12367: 0 potentially responsive documents (processing complete)
- F-2017-14464: 246 potentially responsive documents

Accordingly, a total of 21,560 pages remain to be processed and Defendant currently estimates that production will be completed around August 2024, absent further narrowing. The parties will continue to confer about whether additional narrowing is possible.

Lastly, the parties propose filing another Joint Status Report on October 30, 2018.

RESPECTFULLY SUBMITTED,

JESSIE K. LIU, D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Civil Chief

By:_____/s/_____
JOSHUA M. KOLSKY
D.C. BAR #993430
Assistant United States Attorney
District of Columbia
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2541
Fax: (202) 252-2599

*Counsel for Defendant*


*/s/ Joshua Hart Burday*
Matthew Topic, D.C. Bar # IL0037
Joshua Burday, D.C. Bar # IL0042
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
matt@loevy.com
joshb@loevy.com

*Attorneys for Plaintiffs*